

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2021

No. 04-21-00373-CV

**IN THE INTEREST OF L.G.V., A.J.G.V. AND M.A.G.V., CHILDREN**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02329
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

On September 3, 2021, appellant filed a notice of appeal stating her intent to appeal a final decree of termination signed on July 21, 2021. The clerk's record was filed on September 8, 2021. Although the clerk's record contains the judge's notes, the clerk's record did not contain an order terminating appellant's parental rights. *See In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (noting judge's notes do not constitute a final order) (mem. op.). In response to this court's inquiry, the trial court clerk confirmed the trial court has not signed a final order. "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because no final order has been entered in the underlying case, appellant is ORDERED to show cause in writing **no later than October 11, 2021** why this appeal should not be dismissed for lack of jurisdiction.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2021.

_____
Michael A. Cruz,
Clerk of Court